UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:19-CR-35-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER TO SEAL** |
| **CHARLES EDWARD PHILSON** | ) | |
| Defendant. | ) | |

On Motion of the Defendant, Charles Edward Philson, and for good cause shown, it is hereby ORDERED that the *Character Letters* be sealed until further notice by this Court. Accordingly, it is Ordered that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court.
IT IS SO ORDERED.

This the 14th day of July, 2020.

Louise W. Flanagan
United States District Judge